UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

YOVANNY DOMINGUEZ and on behalf of all
other persons similarly situated,

                         Plaintiffs,              No. 1:19-cv-11183-ER

              -against-

ELIE TAHARI LTD.,

                         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated: February 12, 2020

| | |
|---|---|
| THE MARKS LAW FIRM, P.C. | OLSHAN FROME WOLOSKY LLP |
| By: _____ | By: _____ |
| Bradly G. Marks | Steven R. Gursky |
| 175 Varick Street, 3rd Floor | 1325 Avenue of the Americas |
| New York, New York 10014 | New York, New York, 10019 |
| (646) 770-3775 | (212) 451-2385 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

4" = "4" "5298196-2" "" 5298196-2